(132 So. 927)

## Bob WHITE v. STATE.
### 8 Div. 117.

Court of Appeals of Alabama.
Jan. 27, 1931.

SAMFORD, J.
Appeal dismissed.

(130 So. 926)

## George WHITE v. STATE.
### 2 Div. 464.

Court of Appeals of Alabama.
Nov. 5, 1930.

SAMFORD, J.
Affirmed.

(135 So. 927)

## George B. WHITE v. STATE.
### 1 Div. 44.

Court of Appeals of Alabama.
June 18, 1931.

PER CURIAM.
Appeal dismissed by appellant.

(131 So. 928)

## Etrick WHITEHURST v. STATE.
### 1 Div. 939.

Court of Appeals of Alabama.
Nov. 25, 1930.

BRICKEN, P. J.
Affirmed.

(131 So. 928)

## E. WHITEHURST v. STATE.
### 1 Div. 934.

Court of Appeals of Alabama.
Nov. 25, 1930.

BRICKEN, P. J.
Affirmed.

(134 So. 926)

## Albert WHITMAN, alias Jones, v. STATE.
### 8 Div. 233.

Court of Appeals of Alabama.
May 26, 1931.

RICE, J.
Appeal dismissed.

(136 So. 927)

## Andrew WHITTEN v. STATE.
### 7 Div. 825.

Court of Appeals of Alabama.
Aug. 4, 1931.

PER CURIAM.
Appeal dismissed by appellant.

(134 So. 927)

## Annie WILLE, alias Wylie, v. STATE.
### 1 Div. 31.

Court of Appeals of Alabama.
May 7, 1931.

PER CURIAM.
Appeal dismissed on motion of appellant.